UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

JEREMIAH FONTAINE

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:07mj193

Robert Dennis, AFPD
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) 1

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 32 CFR 2.4(a)(1)(i) | Possession of Weapon | 5/27/07 | 1 |

Count(s) ___ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine and Special Assessment shall be paid on or before October 1, 2007.

**Assessment**
$10.00

**Fine**
$ 250.00

Date of Imposition of Sentence - 8/21/07

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: august 22, 2007